# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma



Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No. **CR 25-499**

Charging Document: **Indictment**   No. of Defendants: 1   Total No. of Counts: 25   Sealed: Y ☑ N ☐

Forfeiture: Y ☑ N ☐   HSTF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☑   Summons ☐   Notice ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: kh

| Name: **TASHELLA SHERI AMORE DICKERSON** | | DEC 0 3 2025 | |
|---|---|---|---|
| Alias(es): Sheri Dickerson, Sheri Amore, Rev. T. Sheri Dickerson | | Address: | |
| | | FBI No.: | |
| DOB: 1973 | SSN: 8352 | Race: Black | Interpreter: Y ☐ N ☑ |
| Sex: M ☐ F ☑ | Juvenile: Y ☐ N ☑ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody        ☐ Detention Requested   Complaint: Y ☐ N ☑
☑ Type of Bond: _____
☐ In Custody at: _____   Magistrate Judge Case No.: MJ-
Inmate/Prisoner/Register No.: _____   Previously Detained: Y ☐ N ☑

**ATTORNEY/AGENCY INFORMATION:**

☑ Public Defender   Name: Sanjuanita A. Martinez   AUSA: Jessica Perry and Matt Dillon
☐ CJA Panel   Address: 215 Dean A. McGee, #109, Oklahoma City, OK 73102   Agent/Agency: FBI
☐ Retained   Phone: (405) 609-5930   Agent Contact Info: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1-20 | 18 U.S.C. § 1343 | Wire Fraud | NMT 20 yrs imprisonment; NMT $250,000 fine, o/b; 3 yrs S/R, 2 yrs S/R if revoked; $100 fine |
| 21-25 | 18 U.S.C. § 1957(a) | Money Laundering | NMT 10 yrs imprisonment; NMT $250,000 fine, o/b; 3 yrs S/R, 2 yrs S/R if revoked; $100 fine |
| Forfeiture | 18 U.S.C. § 981(a)(1)(C)<br>18 U.S.C. § 982(a)(1)<br>28 U.S.C. § 2461 | Forfeiture Allegations | |

Signature of AUSA: s/ Jessica Perry   Date: 12/02/2025