OKWD Revised AO 442 (1/16/15)

*11896464*
*2664-1204-0252-J*

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case Number: CR-25-499-JD |
| | ) | |
| | ) | |
| TASHELLA SHERI AMORE DICKERSON | ) | |
| *Defendant* | ) | |

**RECEIVED**
**DEC 0 4 2025**
**U.S. MARSHALS W/OK**

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* TASHELLA SHERI AMORE DICKERSON _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☑ SEALED Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18:1343 WIRE FRAUD
18:1957(a) MONEY LAUNDERING

**Regan Popp, Deputy Clerk**
**Oklahoma City, Oklahoma**

*WARRANT ISSUED:*
9:30 am, Dec 04, 2025
*JOAN KANE, CLERK*

By: _____

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ ARRESTED ON: 12/11/2025 WITHIN THE W DISTRICT OF OK BY: FBI | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |