# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

      *Plaintiff*,

                        **APPEARANCE**
                Case Number: CR-25-499-JD

v.

TASHELLA SHERI AMORE
 DICKERSON,

      *Defendant.*

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for the defendant:

TASHELLA SHERI AMORE DICKERSON

      I certify I am admitted to practice in this court.


<u>December 15, 2025</u>                      s<u>/Sanjuanita A. Martinez</u>
*Date*                                        *Signature*
                                          Sanjuanita A. Martinez
                                          Assistant Federal Public Defender
                                          Western District of Oklahoma
                                          215 Dean A. McGee, Suite 109
                                          Oklahoma City, OK 73102
                                          (405) 609-5930 (phone)
                                          (405) 609-5932 (fax)
                                          sanjuanita_martinez@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2025, I electronically transmitted my Entry of Appearance to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

      AUSA Jessica Perry
      AUSA Matthew Dillon

and any other parties of record in this case.

      *s/ Sanjuanita A. Martinez*
      Sanjuanita A. Martinez