IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE**
Located at:   200 N.W. 4th Street & Harvey, Oklahoma City, Oklahoma
Courtroom No. 502

CRIMINAL JURY DOCKET BEFORE THE HONORABLE JODI W. DISHMAN
**BEGINS MARCH 10, 2026 (EXACT DATE AND TIME TBD)**

**PRETRIAL CONFERENCES WILL BE HELD: SET BY SEPARATE ORDER**

---

**NOTICE TO ALL COUNSEL**:

1. By separate order the parties will be notified of the designated date and time for their Pretrial Conference. The separate order setting Pretrial Conference sets deadlines for all pretrial submissions. **Counsel must carefully read and follow the order.**

2. Plea changes must be filed or presented to the Court as set forth in your separate order setting Pretrial Conference. By filing or presentment, the Court expects actual plea paperwork, not merely notice that the parties anticipate a plea change.

3. To the extent a defendant is in state custody, counsel are responsible for issuing a Writ of Habeas Corpus Ad Prosequendum to ensure the defendant's appearance by the pretrial conference and trial date. **Counsel are advised any writ must be issued at least 10 business days prior to any conference, hearing, or trial that requires the defendant to be present.** Should the case result in a plea, the Court will use the pretrial conference date for the plea hearing.

4. **The Court does not invite motions to continue, and they should not be filed as a matter of course**. But any motion to continue must satisfy LCrR12.1(f) and must be filed no later than your plea change deadline as set forth in your separate order setting Pretrial Conference. A waiver of speedy trial must be filed contemporaneously with any such motion. **The Court will not entertain repeated motions to continue**.

5. Photo identification is required for anyone entering the federal courthouse.

---

| | | |
|---|---|---|
| **CR-25-00308-JD** | United States of America | Laney Ellis |
| | v. | |
| | Terrance Demond Britton (1) (Detained) | Christine Cave |
| | Kemari Emonte Bruner (2) | Benjamin Hilfiger |

|  |  |  |
|---|---|---|
|  | (Detained) |  |
| **CR-25-00372-JD** | United States of America | Jordan Ganz<br>Bow Bottomly |
|  | v. |  |
|  | Sergio Alfonso Morales-Ruiz<br>(Detained) | Kiefer Rose |
| **CR-25-00489-JD** | United States of America | Julia Barry<br>Elysa Wan<br>Jeffrey McLaren<br>Mark Goldberg |
|  | v. |  |
|  | Danny W. Seibel<br>(Released on Bond) | J. P. Hill |
| **CR-25-00499-JD** | United States of America | Jessica Perry<br>Matthew Dillon |
|  | v. |  |
|  | Tashella Sheri Amore Dickerson<br>(Released on Bond) | Sanjuanita Martinez<br>Jeffrey Byers |
| *A Joint Motion to Continue Jury Trial remains pending at Doc. No. 20.* |||
| **CR-25-00516-JD** | United States of America | Daniel Gridley |
|  | v. |  |
|  | Mark Anthony Johnson<br>(Detained) | Kiefer Rose |
| **CR-26-00015-JD** | United States of America | Daniel Gridley |
|  | v. |  |
|  | James Robert Lewis<br>(Detained) | Douglas Baxter |
| **CR-26-00016-JD** | United States of America | Laney Ellis |
|  | v. |  |
|  | Kevin Kees | Traci Rhone |

|  |  |  |
|---|---|---|
|  | (Detained) |  |
| **CR-26-00035-JD** | United States of America | Tiffany Edgmon |
|  | v. |  |
|  | Merlin Enrique Santos (Detained) | Laura Deskin |
| **CR-26-00036-JD** | United States of America | Arvo Mikkanen |
|  | v. |  |
|  | Alvaro Luna Lopez (Detained) | Luciana Perez |

March 2026 - Criminal Trial Docket Page  3