**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TASHELLA SHERI AMORE DICKERSON,<br>a/k/a Sheri Dickerson,<br>a/k/a Sheri Amore,<br>a/k/a Rev. T. Sheri Dickerson,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CR-25-00499-JD |

**ORDER**

The Court GRANTS the United States' Sealed *Ex Parte* and *In Camera* Motion for a Protective Order Pursuant to the Classified Information Procedures Act ("CIPA") Section 4 and Federal Rule of Criminal Procedure 16(d)(1). *See* Notice of Filing [Doc. No. 46]. The Court served a classified, *ex parte* order on the Government on September 22, 2026. Subject to the Government's compliance with that order, the Court finds that the Government has complied with its discovery obligations pursuant to CIPA, and that it may withhold the requested classified information.

IT IS SO ORDERED this 22nd day of September 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE