# Stephanie Eppler

Phone: (771) 227-1714 • E-Mail: smeppler@fbi.gov

---

## Certifications

**CFE – Certified Fraud Examiner**, Association of Certified Fraud Examiners, 2020
**CPA – Certified Public Accountant**, Oklahoma Accountancy Board, 2015

---

## Employment

**Federal Bureau of Investigation**
Forensic Accountant, February 2019 to present

- Coordinate with Special Agents, Intelligence Analysts, Investigative Analysts, and Task Force Officers, as well as outside entities such as the United States Attorney's Office and IRS, while leading financial investigations
- Analyze and evaluate financial data for a variety of violations including healthcare fraud, bankruptcy fraud, money laundering, and wire fraud, as well as counterintelligence and cyber matters
- Create and present exhibits to Assistant United States Attorneys, Special Agents, and others involved in investigations, showcasing financial and other violations
- Assist case agents and investigative teams with analysis to obtain search warrants, and participate in the execution of said search warrant
- Trained and mentored multiple new forensic accountants in the office following their tenure at the Onboarding New Employees (ONE) program in Quantico
- Attended the Forensic Accountant Core Training Session (FACTS) program at Quantico, a five-week in-depth forensic accountant training program where new techniques and best practices were learned
- Joined the Evidence Response Team (ERT) and participated in callouts to various crime scenes and search sites

**Grant Thornton, LLP**
Audit Senior Associate, August 2016 to January 2019; Audit Associate, August 2014 to July 2016

- Ran multiple client engagements simultaneously from start to finish, which included planning, organizing, prioritizing, executing, directing, & completing financial audits and managing to a budget
- Performed audit procedures and reviewed audit evidence for various areas of financial statements
- Gained comprehensive understanding of client operations, processes, and business objectives for clients across numerous industries and utilized that knowledge on engagements
- Researched and analyzed financial statements and audit-related issues utilizing electronic databases, and employed audit software to review and compile financial information
- Utilized data analysis software to manipulate data and run extractions
- Proactively interacted with key client management to gather information, resolve audit-related problems, and make recommendations for business and process improvements
- Maintained a good working relationship with clients to enhance customer satisfaction, and worked with client management and staff at all levels to perform audit services

**Republic Bank & Trust**
Credit Analyst, September 2012 to August 2014

- Analyzed tax returns and financial statements of individuals and businesses
- Tracked and analyzed customer account activity
- Produced monthly activity reports for Board of Directors
- Developed spreadsheets to track, calculate, and analyze available data
- Trained loan officers on banking and compliance laws and regulations

---

## Education

**Masters of Business Administration**
**Accounting,** August 2013
Oklahoma Christian University, Edmond, Oklahoma
National top 10% & highest score in the graduating class on the Major Fields Standardized Test

**Bachelors of Business Administration**
**Accounting,** May 2012
**International Business,** May 2012
University of Oklahoma, Norman, Oklahoma

## Activities

**Junior Achievement** – teach financial literacy to grade-school kids
**OU Integrated Business Core Program** – designed a product, obtained a loan, marketed and sold the product, and performed all accounting and legal requirements associated with the program; completed over 35 hours of community service at Habitat for Humanity