**CHAMBERS MINUTE SHEET** DATE October 19, 2026

CASE NO. CR-25-00499-JD U.S.A. -v- TASHELLA SHERI AMORE DICKERSON

COMMENCED 2:00 p.m. ENDED 2:30 p.m. TOTAL TIME 30 minutes

JUDGE JODI W. DISHMAN DEPUTY CAROL DITTA REPORTER N/A

PROCEEDINGS In Chambers Status Conference

PLF'S. COUNSEL Jessica L. Perry and Matthew B. Dillon, AUSA

DFT'S. COUNSEL Jeffrey M. Byers, Traci Lynn Rhone, and Lea Glossip, FPD

Counsel appear in chambers in person as noted above. Status of case and scheduling discussed as noted in Defendant's Unopposed Motion to Continue Jury Trial ("Motion to Continue"). *See* [Doc. No. 51]. The parties discuss potential trial dates in February or March 2027. The Court advises defense counsel that if the defense proposes to modify deadlines that have passed, then Defendant will need to file a supplement to her Motion to Continue. If Defendant seeks a continuance past February, she will also need to execute a new speedy trial waiver. Counsel shall submit their proposed third amended scheduling order one week from today to the Court's orders inbox, or by October 26, 2026. The Court advises the parties that they should not anticipate further modifications to the next scheduling order or jury trial dates entered in this case.